271

(No. 74-CC-433—Claimant )

PHILLIPS BUSINESS SYSTEMS, INC., Claimant, *vs.* STATE OF ILLINOIS, APPELLATE COURT OF ILLINOIS, Respondent.

*Opinion filed March 8, 1974.*

PHILLIPS BUSINESS SYSTEMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-437—Claimant )

HARRY E. GUNN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 8, 1974.*

DR. HARRY E. GUNN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.